People v Bolton (2025 NY Slip Op 01103)

People v Bolton

2025 NY Slip Op 01103

Decided on February 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2022-00358 
2022-00363
2022-00365

[*1]The People of the State of New York, respondent,
v
Robert J. Bolton, appellant. (Ind. Nos. 158/20, 246/20, 277/20) Christopher E. Gurda, Middletown, NY, for appellant.

David M. Hoovler, District Attorney, Goshen, NY (Andrew R. Kass of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from three judgments of the County Court, Orange County (William L. DeProspo, J.), all rendered December 16, 2021, convicting him of criminal possession of a weapon in the second degree under Indictment No. 158/20, criminal possession of a controlled substance in the third degree under Indictment No. 246/20, and criminal possession of a weapon in the second degree under Indictment No. 277/20, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Victor, ____ AD3d ____, 2025 NY Slip Op 00887; People v Young, 225 AD3d 903; People v Sutton, 184 AD3d 236, 245; see also People v Williams, 227 AD3d 480, 481). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d 248, 256).
BARROS, J.P., MILLER, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court